AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
OCT 1 1 2015
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Marin Alejandro RODRIGUEZ-Resendez | ) | Case No. M-15-1775-M |
| Mexican National  YOB: 1991 | ) | |
| See Attachment A | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/10/2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Knowingly and intentionally possess with intent to distribute approximately 6.1 kilograms of methamphetamine a schedule II controlled substance |
| 21 U.S.C. § 952 | Knowingly and intentionally import with intent to distribute approximately 6.1 kilograms of methamphetamine a schedule II controlled substance |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Ryan Browning, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: __October 11, 2015  4:04 pm__

_____
Judge's signature

City and state: __McAllen, Texas__      U.S. Magistrate Judge
Printed name and title

## Attachment "A"

The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

On October 10, 2015, Marin Alejandro RODRIGUEZ-Resendez applied for entry into the U.S. from the United Mexican States at the Pharr Port of Entry in Pharr, Texas (Pharr POE) as the sole occupant and driver of a commercial tractor-trailer. U.S. Customs and Border Protection Officers (CBPOs) referred the vehicle for an x-ray inspection. CBPOs reviewing the x-ray images of the vehicle noticed a dark anomaly inside the tractor. Further inspection of the anomaly led to the discovery of two fire extinguishers which contained approximately 6.1 kilograms of white crystalline substance that field tested positive for the properties of methamphetamine.

RODRIGUEZ-Resendez was interviewed by a Homeland Security Investigations (HSI) Special Agent at the Pharr POE following the seizure. Before the interview began RODRIGUEZ-Resendez was read his Miranda rights from a preprinted form in Spanish. RODRIGUEZ-Resendez signed the preprinted form and agreed to an interview without an attorney present. During the interview RODRIGUEZ-Resendez made the following statements, which have been paraphrased. RODRIGUEZ-Resendez stated he was offered 7,500 Mexican Pesos to transport the two fire extinguishers into the U.S. RODRIGUEZ-Resendez stated he suspected the two fire extinguishers he was transporting contained some type of illegal drug in powder form, but he wasn't sure what sure what type of drug.

The Assistant United States Attorney's Office in McAllen, Texas was briefed regarding the aforementioned facts and federal prosecution was accepted.